# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ERIC M. MCMILLIAN,<br>    Plaintiff,<br><br>v.<br><br><br>YORK INSURANCE COMPANY,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 5:10-CV-359-D |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court is satisfied that there is no clear error on the face of the record. Plaintiff's application to proceed *in forma pauperis* is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk is directed to close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 3, 2010** WITH A COPY TO:

Eric M. McMillian (via USPS to 4811-D Blue Bird Court, Raleigh, NC 27606)


November 3, 2010                        DENNIS P. IAVARONE, Clerk
Date                                       Eastern District of North Carolina

                                                     /s/ Debby Sawyer
                                                     (By) Deputy Clerk

Raleigh, North Carolina